|   |   |
|---|---|
| 1 | **THARPE & HOWELL, LLP**<br>15250 Ventura Boulevard, Ninth Floor |
| 2 | Sherman Oaks, California 91403<br>(818) 205-9955, (818) 205-9944 Fax |
| 3 | ROBERT M. FREEDMAN, ESQ. STATE BAR NO. 156741<br>E-mail: rfreedman@tharpe-howell.com |
| 4 | MICHAEL H. LEE, ESQ. STATE BAR NO. 199228<br>E-mail: mlee@tharpe-howell.com |

Attorneys for Plaintiff, MARKEL AMERICAN INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| MARKEL AMERICAN INSURANCE COMPANY, | ) CASE NO. 4:11-cv-02477-DMR |
|---|---|
|  | ) Revised |
|  | ) [PROPOSED] ORDER GRANTING REQUEST OF MARKEL AMERICAN INSURANCE COMPANY TO APPEAR AT DECEMBER 14, 2011 CASE MANAGEMENT CONFERENCE TELEPHONICALLY |
| Plaintiff, |  |
| v. |  |
|  |  |
| JEANNE STOUT, JEFF STOUT, ROBERT GINGRAS, JR., and DOES 1 THROUGH 20, inclusive, | ) [Filed concurrently with Request of Markel American Insurance Company for Permission to Appear at December 14, 2011 Case Management Conference by Telephone] |
| Defendants. | ) Date: December 14, 2011<br>) Time: 1:30 p.m.<br>) Location: Courtroom 4 |

GOOD CAUSE APPEARING, THEREFORE, IT IS HEREBY ORDERED:

Plaintiff MARKEL AMERICAN INSURANCE COMPANY may attend the December 14, 2011 Case Management Conference to be held at Courtroom 4 at 1:30 p.m. by telephone.

IT IS SO ORDERED. Plaintiff shall serve a copy of this motion upon all parties and file a certificate of service with the Court.

DATED: November 30, 2011

IT IS SO ORDERED AS MODIFIED
Judge Donna M. Ryu

_____
HONORABLE DONNA M. RYU

---

1

**[Proposed] Order Granting Request to Appear Telephonically - 4:11-cv-02477**