United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEL AMERICAN, | No. C-11-02477 (DMR) |
| Plaintiff(s), | **ORDER REQUESTING STATUS REPORT** |
| v. | |
| JEANNE STOUT, | |
| Defendant(s). | |

On December 14, 2011, the Court entered default against Defendant Robert Gingras, Jr., at Plaintiff's request. [Docket No. 27.] Plaintiff has taken no further action in the case. The court hereby ORDERS Plaintiff to provide the court with a status update on this action no later than February 13, 2012.

IT IS SO ORDERED.

Dated: February 8, 2012

DONNA M. RYU
United States Magistrate Judge