United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEL AMERICAN,<br><br>       Plaintiff(s),<br><br>v.<br><br>JEANNE STOUT,<br><br>       Defendant(s).<br>_____/ | No. C-11-02477 DMR<br><br>**ORDER CONTINUING MOTION HEARINGS AND CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

      Pending before the court are Plaintiff's two motions for default judgment. [Docket Nos. 35, 36.] When Plaintiff filed the motions, it did not schedule the hearings on a regular motion hearing date as required by the court's standing order. [*See* Docket No. 2 Attach. 1.] For this reason, the Case Management Conference and Motion Hearings previously scheduled for April 24, 2012 have been CONTINUED to **April 26, 2012 at 11:00 a.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **April 19, 2012.** Immediately upon receipt of this Order, Plaintiff shall serve Defendants with a copy of this Order and file a proof of service with the court.

      IT IS SO ORDERED.

Dated: April 4, 2012

_____
DONNA M. RYU
United States Magistrate Judge